# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
VANESSA L. ARMSTRONG, CLERK
OCT 20 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

YALE LARRY BALCAR #177896
CARL J. Perry Jr. #224339

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:16-CV-665-CRS
(To be supplied by the clerk)

Kentucky State Reformatory
AARON SMITH WARDEN
(Rodney BALLARD
COMMISSIONER
of Ky. DOC)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Yale Larry Balcar

Place of Confinement: Kentucky State Reformatory

Address: 3001 W. Highway 146, LaGrange, Ky. 40032

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: Carl J Perry Jr.

Place of Confinement: Kentucky State Reformatory

Address: 3001 W. Highway 146, LaGrange, Ky. 40032

Status of Plaintiff: CONVICTED (X) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: ~~XXX~~

Place of Confinement: ~~XXX~~

Address: ~~XXX~~

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant AARON SMITH is employed as Warden at Kentucky State Reformatory

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant Rodney Ballard is employed as Commissioner at Ky Department of Correction

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO (~~✓~~) maybe

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): Kale Larry Balcar #177896

Defendant(s): Aaron Smith Warden - KSR

Court (if federal court, name the district. If state court, name the county): U.S District Court, Western District of Kentucky

Docket number: 3:15-CV-118, 3:16-CV-1, 3:16-CV-54, 3:16-CV-P599

Name of judge to whom the case was assigned: See record

Type of case (for example, habeas corpus or civil rights action): Civil rights

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): Still pending

Approximate date of filing lawsuit: See record

Approximate date of disposition: See record

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Yale Larry Balcar and Carl J. Perry Jr. in their attached Affianton will show or prove their violate of Discrimination on a Disability or handicaps persons in this complaint. This is filed in this court under the Title II of the Americans with Disabilities Act / Section 504 of the Rehabilitation Act of 1973. "This Complaint"

1. Discrimination on the Basis of disability and the Equal Protect Clause of the Fourteenth Amendment Claims.

2. Assault / Failure to protect a Handicaps Plaintiffs, Eighth Amendment. Claims Eighth Amendment, which forbids "Cruel and Unusual Punishment" Claims.

3. Prison condition for the Plaintiffs on the disability or handicaps and cleanliness

4

### III. STATEMENT OF CLAIM(S) continued

and the Health Hazard, because of the Fiber Asbestos that we breath and all the Black Molds hera+HSR. Eighth Amendment Claims. see case # 3:16-CV-P599-TBR -Asbestos

4. Mail being Tamper with going and income, First Amendment Claims.

5. Deny of Access to the Court by Warden Aaron Smith and Jennefer Park of mail room, No Free mail or Copies for court or legal work. Plaintiff's rights to Law and go to Court is a First, Sixth and Fourteeth Amendment Rights and a Claim in this Cases, case #3:16-cv-54

6. See, Balcar affianton of Name of Warden, staffs, Guards, Aramark and Medical and ect.

7. See; Perry Jr. affianton on Discrimination on a Handicaps and ect.

8. All the defendants have acted, and continue to act "Under Color of State Law" at all times relevant to this Complaint. This court have Jurisdiction over this case above.

9. Medical Care, Medical Diets, Medical shoe, and ect. Eighth Amendment Claims. "Inadequate medical Care"

5

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ __Two million Dollar__

__X__ grant injunctive relief by __To correct All Handicaps Problem__

__X__ award punitive damages in the amount of $ __Two million Dollar__

__X__ other: __Any additional relief this court deems just, proper, and equitable__

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __11__ day of __Oct.__, 20__16__.

_Yule Fury Balen #177896_
(Signature of Plaintiff)

_Carl J. Perry Jr. #224337_
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __Oct 11-2016__.

_Yule Fury Balen_
(Signature)

6